# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# PIKEVILLE

**CRIMINAL ACTION NO. 7:18-CR-20-KKC**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

### MOTION FOR PRE-TRIAL MENTAL HEALTH EXAMINATION FOR DETERMINATION OF THE EXISTENCE OF INSANITY AT THE TIME OF THE OFFENSE AND TO DETERMINE WHETHER THE DEFENDANT IS COMPETENT TO STAND TRIAL

**CHRISTINA BROOK MITCHELL**                            **DEFENDANT**

COMES NOW the United States of America, by counsel, and respectfully moves this Honorable Court, pursuant to Title 18, United States Code, Sections 4241(a) and 4242(a), and Federal Rules of Criminal Procedure l2.2(c), for a pre-trial mental health examination of the defendant to determine whether she was insane at the time of the offense alleged in the indictments pending against the defendant, and if she competent to stand trial. As grounds for this motion, it is represented to this Court that:

1.     The Defendant has filed a Notice of Insanity Defense pursuant to Federal Rules of Criminal Procedure 12.2(a), thereby placing the United States on notice that the defendant may rely on the defense of insanity at the time of the alleged offenses and may introduce expert testimony relating to a mental disease or defect or some other mental condition of the defendant bearing upon the issue of the defendant's guilt.

2.      Upon the filing of such a notice by the defendant, the United States, pursuant to Title 18, United States Code, Section 4242(a), is entitled to a court- ordered mental health examination of the defendant in order to determine whether or not she was insane at the time of the alleged offenses.

3.      Based upon the defendant's stated intention to present expert testimony bearing on the issue of insanity at the time of offenses, the United States submits that it would be prudent to include in any mental health examination, an inquiry into the competence of the defendant to stand trial.

WHEREFORE, it is respectfully requested that the defendant be ordered to undergo a mental health examination pre-trial in order to determine the existence of insanity at the time of the alleged offenses and to determine the defendant's competence to stand trial.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY


By:     s/Jenna E. Reed
        Jenna E. Reed
        Assistant United States Attorney
        601 Meyers Baker Rd.  Suite 200
        London, KY  40741
        (606) 330-4829
        jenna.reed@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Jenna E. Reed
Assistant United States Attorney