UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>CHRISTINA BROOK MITCHELL,<br><br>    Defendant. | CRIMINAL ACTION NO. 7:18-20-KKC<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

The Court having received an evaluation report of Defendant Christina Brook Mitchell, IT IS HEREBY ORDERED that the report shall be filed in the record under seal.

Dated March 18, 2019.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY